**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 16, 2025 |
| TIME: | 2:30 P.M. |
| DOCKET NUMBER(S): | CV-23-7904 (NJC) |
| NAME OF CASE(S): | Lock et al v. Costco Wholesale Corporation |
| FOR PLAINTIFF(S): | Kaske, Forrester |
| FOR DEFENDANT(S): | Winnick, Whitman |
| NEXT CONFERENCE(S): | Settlement Conference - April 1, 2025 at 11:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 1/30/25;

Completion of Phase I discovery - 3/17/25;

First requests for production of documents and interrogatories due by - 4/16/25;

All class certification discovery to be completed by 7/25/25;

Deadline for Plaintiffs to File Motion for Class Certification - 8/22/25.

An in-person settlement conference will be held on April 1, 2025 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than March 29, 2025. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.