UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
KAI LOCK, KYLE STRAKER, MICHAEL NICKICH, and on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

COSTCO WHOLESALE CORPORATION,
                Defendant.
---------------------------------------------------------------------X

**Case No. 23 Civ. 7904 (SJB) (ST)**

**NOTICE OF WITHDRAWAL OF OPT-IN PLAINTIFF MARIA SMITH**

    I hereby revoke my Consent Form and withdraw as an Opt-In Plaintiff from the above-captioned lawsuit involving claims against the above-captioned Defendant, for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

    I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Consent Form with the Court, will begin to run upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact an attorney immediately.

03 / 17 / 2025
Date

*[signature]*
Signature

Maria Smith
Print Name