

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

rwhitman@seyfarth.com

T (212) 218-5629

www.seyfarth.com

March 24, 2025

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     <u>Lock et al. v. Costco Wholesale Corp.,</u> No. 2:23-cv-07904-NJC-ST

Dear Judge Tiscione:

We are counsel to Defendant Costco Wholesale Corp. in the above-referenced action. We write jointly with Plaintiffs' counsel.

Costco requests that its client representative be allowed to appear via telephone or online platform, such as Zoom, at the upcoming settlement conference scheduled for April 1, 2025.  The reason for this request is that Costco's client representative is based in Issaquah, Washington, where Costco is headquartered.  Counsel for Costco will attend in person.

Plaintiffs request that Plaintiff Kyle Straker be excused from attending the conference.  Mr. Straker will be travelling out of the country on the day of the conference and will be in transit during the time of the conference.  Mr. Straker has provided Plaintiffs' counsel with settlement authority.  In addition, we write to request that opt-in Plaintiff Lance Lohnes be allowed to attend the conference via telephone or online platform, or be permitted to be available by phone.  The reason for this request is that Mr. Lohnes lives in North Carolina.

Thank you for the Court's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert S. Whitman*

Robert S. Whitman


cc: All Counsel of Record (via ECF)