

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

kwinnick@seyfarth.com
T (212) 218-5510

www.seyfarth.com

June 19, 2025

**VIA ECF**

Honorable Steven L. Tiscione
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** *Lock et al. v Costco Wholesale Corp.*
     **Eastern District of New York:** *Case No. 2:23-cv-07904-SJB-ST*

Dear Judge Tiscione:

     This firm represents Defendant Costco Wholesale Corporation in the above-referenced matter. Enclosed for Your Honor's consideration and entry is the Parties' agreed upon Confidentiality Order. Plaintiffs consent to the entry of this protective order.

     We thank the Court in advance for its consideration of this request.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Kyle D. Winnick*
Kyle D. Winnick

Encl.