

September 19, 2025

<u>Via ECF</u>
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    ***Lock v. Costco Wholesale Corp.***
               **Case No. 23 Civ. 7904 (SJB) (ST)**

Dear Judge Tiscione,

    Plaintiffs write with Defendant's consent to respectfully request a 45-day adjournment of the time to complete pre-certification discovery and initiate the anticipated motion for class certification.

    To date, Defendant has deposed Plaintiffs Lock, Straker, Lohnes, and McCumber. Plaintiff Nickich's deposition has not yet been scheduled. Plaintiffs noticed Defendant's 30(b)(6) deposition and have worked with Defendant to clarify the subject areas of the deposition. Defendant has designated the 30(b)(6) witnesses. The Parties are presently continuing to work towards scheduling the 30(b)(6) witnesses.

    Considering the depositions to be completed, Plaintiffs respectfully request that the Court: (1) extend the time to complete class certification discovery from September 23 to November 7; and (2) extend the time for Plaintiffs to initiate their class certification motion from October 21 to December 8. This is our second motion to extend these deadlines. No other deadlines will be affected by granting this request.

                                                                                Respectfully submitted,

                                                                                Tana Forrester

cc:    Counsel of Record (via ECF)