

November 4, 2025

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Lock, et al. v. Costco Wholesale Corp.*,
              **Case No. 23 Civ. 7904 (SJB) (ST)**

Dear Judge Tiscione,

    Plaintiffs write with Defendant's consent to respectfully request an adjournment of the deadlines to complete pre-certification discovery and initiate the anticipated motion for class certification.

    To date, Defendant has deposed Plaintiffs Lock, Straker, Lohnes, and McCumber. Plaintiff Nickich's deposition has not yet been scheduled. Plaintiffs noticed Defendant's 30(b)(6) deposition and have worked with Defendant to clarify the subject areas of the deposition. Defendant has designated the 30(b)(6) witness. The 30(b)(6) deposition has been scheduled for November 6.

    Considering the depositions to be completed, Plaintiffs respectfully request that the Court: (1) extend the time to complete class certification discovery from November 7 to December 11; and (2) extend the time for Plaintiffs to initiate their class certification motion from December 8 to January 22. This is our third motion to extend these deadlines. No other deadlines will be affected by granting this request.

                                                                Respectfully submitted,

                                                               Tana Forrester

cc:      Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com