

March 5, 2026

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Lock v. Costco Wholesale Corp.*,
               Case No. 23 Civ. 7904 (SJB) (ST)

Dear Judge Tiscione,

      Plaintiffs write with Defendant's consent to respectfully request an extension of time to initiate the anticipated motion for class certification from March 20. This is an extension of 14 days. We also request that Defendant's time to oppose the motion be adjourned to May 1. No other deadlines will be affected by granting this request. This is the second request to extend this deadline for a total of 28 days.

      As noted in our last letter to the Court, the Parties have had repeated settlement exchanges. Plaintiffs seek this additional time to continue focusing the Parties' time and resources on settlement negotiations. Since our last letter, the Parties have had several more exchanges that have brought the Parties close to resolving this matter, whether in whole or in part. We believe either a settlement or an impasse will be reached in short order.

      Thank you for your Court's attention to this request.

                                      Respectfully submitted,

                                      Garrett Kaske

cc:  Counsel of Record (via ECF)

KESSLER MATURA P.C. | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com