## CIVIL MINUTE ENTRY

|  |  |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 28, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 23cv7904-SJB-ST |
| NAME OF CASE(S): | Lock et al. v. Costco Wholesale Corporation |
| FOR PLAINTIFF(S): | Kaske, Forrester |
| FOR DEFENDANT(S): | Winnick, Whitman |
| NEXT CONFERENCE(S): |  |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM   Telephone Conference          :

The Joint MOTION for Discovery [49] is granted and the attached stipulation is so-ordered. The Court sets the following deadlines for all remaining discovery:  Plaintiffs shall file the Amended Complaint by 6/1/26; Deadline for motions to join new parties or amend the pleadings - 6/15/26; Requests for production of documents and interrogatories due by - 6/30/26; All remaining discovery completed by 9/30/26; Final date to take the first step in dispositive motion practice - 10/30/26.