KESSLER MATURA

October 16, 2026

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Lock v. Costco Wholesale Corp.*, Case No. 23 Civ. 7904 (SJB) (ST)**

Dear Judge Tiscione,

Plaintiffs write on behalf of the Parties to provide the Court with a status report, as ordered. The Parties are pleased to report that our renewed settlement negotiations are rapidly coming to close. We, therefore, respectfully request that the Court grant the Parties 10-days leave to file a status report on whether a settlement has been reached and, if so, the time needed to file an FLSA settlement approval motion.

Thank you for your Court's attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)